IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD WAYNE HUFF,<br><br>                    Plaintiff,<br><br>                    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                    Defendant. | CASE NO. 1:20-cv-00821-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 14) |

Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 7 at 1).  Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order.  Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

Dated: March 16, 2021                    Respectfully submitted,

                                         PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         */s/ Jeffrey J. Lodge*
                                         JEFFREY J. LODGE
                                         Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:   **March 16, 2021**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28