# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JARROD WAYNE HUFF, | ) Case No.: 1:20-cv-00821-GSA |
| | ) |
| Plaintiff, | ) **STIPULATION FOR EXTENSION OF** |
| | ) **TIME FOR DEFENDANT TO RESPOND** |
| vs. | ) **TO PLAINTIFF'S LETTER BRIEF** |
| | ) **(FIRST REQUEST); ORDER** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file his response to Plaintiff's letter brief be extended thirty (45) days, from the original deadline, such that Defendant's new deadline, with the Court's approval, will be July 2, 2021,. This is Defendant's first request for an extension of time. Defendant needs additional time to file his response due to Defendant's counsel being on extended leave. With the Court's approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended accordingly.

Respectfully submitted,

Dated: May 21, 2021

*/s/ Melissa Newel*
Melissa Newel
Newel Law
Attorney for Plaintiff
(authorized by email on May 20, 2021).


PHILLIP A. TALBERT
Acting United States Attorney


*/s/ S. Wyeth McAdam*
S. WYETH McADAM

Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

The parties' stipulated extension of time is approved.

IT IS SO ORDERED.

| Dated: | **May 22, 2021** | **/s/ Gary S. Austin** |
|---|---|---|
| | | UNITED STATES MAGISTRATE JUDGE |